```
Court Name: U.S. District Court for RI
Division: 1
Receipt Number: 14670022377
Cashier ID: cpotter
Transaction Date: 06/20/2019
Payer Name: Steven Palange
----------------------------------
CIVIL FILING FEE
 For: Steven Palange
 Case/Party: D-RIX-1-19-CV-000340-001
 Amount:         $400.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $400.00
----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00
```