STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### NOTICE OF APPEAL AND WRIT OF CERTIORARI

| Plaintiff/Petitioner<br>STEVEN J. PALANGE | Civil Action File Number<br>W-2012-0361 |
|---|---|
| Defendant/Respondent<br>MARIA E. PALANGE | Cross-appeal<br>☐ Yes  ☐ No |

| Name of Each Party and Attorney Filing Appeal | |
|---|---|
| STEVEN J. PALANGE APELLANT PRO SE | |
| | |
| | |
| | |
| | |

| Date Case First Filed in the Superior Court<br>2012 | Date of Judgment or Order Appealed From<br>May 09 20118 |
|---|---|
| Party Filing Appeal<br>☐ Plaintiff(s)  ☑ Petitioner(s)  ☑ Defendant(s)<br>☐ Respondent(s)  ☐ Other: _____ | Trial Court Judge<br><br>The Honorable Sandra B. Lanni |

**TRIAL COURT ACTION APPEALED**

| | | | | | |
|---|---|---|---|---|---|
| ☐ IPR | Preliminary Injunction | ☑ CJJ | Judgment/Judge | ☐ DPC | Denial Post Conviction |
| ☐ CON | Conviction | ☐ CDV | Directed Verdict | ☐ MTR | Denial Sentence Reduction |
| ☐ IPT | Permanent Injunction | ☐ CJU | Judgment/Jury | ☐ DCF | Dependency/Termination |
| ☐ CJD | Default Judgment | ☐ DAL | Alimony | ☐ DSJ | Summary Judgment |
| ☐ CDS | Dismissal/Jurisdiction | ☐ PRO | Probation Violation | ☐ ASF | Agreed Statement of Facts |
| ☐ CDM | Dismissal Merits | ☐ PTM | Pretrial Motion | ☐ DRP | Original Divorce Petition |
| ☐ CTD | New Trial Motion Denied | ☐ FCJ | Juvenile | ☐ CUS | Custody |
| ☐ CTG | New Trial Motion Granted | ☐ PCR | Grant Post Conviction | | |

**JUDGMENT FOR:**  
☑ Plaintiff(s)  
☐ Defendant(s)  
☐ Other

**SENTENCES:**  
☐ Confinement  ☐ Suspended  
☐ Special Program  ☐ Probation  
☐ Fine/Restitution  ☐ Deferred

**BAIL/RELEASE STATUS**  
☐ Personal Recognizance  ☐ Surety Bond  ☐ Held In Lieu Of Bail  
☐ Held Without Bail  ☐ Cash Bond  ☐ Other _____

**TRANSCRIPT STATUS**

☐ Transcript Will Not Be Ordered   Filing Fee Required: ☑ Yes ☐ No   Trial Court Receipt Number _____

☑ Transcript Will Be Ordered   Appeal Filing Fee for Each Appellant or Petitioner: $150.00

Estimated Cost $ 500.000   Court Reporter: _____

/s/ _____  
Attorney for the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent or  
☐ Plaintiff/Petitioner ☑ Defendant/Respondent  
Telephone Number: 401 225 6456

Rhode Island Bar Number:  
Date: January 16, 2016

Superior-50 (revised November 2016)