**Supreme Court**

No. 2019-125-A.

| | |
|---|---|
| Margarita Palange | : |
| v. | : |
| Steven Palange | : |

# ORDER

The motion to dismiss, as prayed, is granted.

The motion to remand, as prayed, is denied as moot.

The motion for articulation, as prayed, is denied.

This matter shall be closed.

Entered as an Order of this Court this 7th day of *June 2019.*

By Order,

*[signature]*
Clerk