UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

2019 AUG 12 P 1:49

STEVEN PALANGE

&. K.P. a minor child                    C.A. NO. 1:19-cv-00340-JJM-PAS

   *PRO SE PLAINTIFFS*

v.

Margarita E. Palange, Richard Updegrove,
Sandra Lanni, Tanya Gravel, Lois Iannone,
Michael B. Forte, Ronald Pagliarini,
Peter F. Neronha, Jean Maggiacomo,
Courtney E. Hawkins
 - all as private citizens.
   DEFENDANTS

## MOTION FOR EMERGENCY EX-PARTE
## TEMPORARY RESTRAINING ORDER PURSUANT TO RULE 65 (b)

I, Steven Palange, the Plaintiff in the above captioned matter respectfully and urgently move the court for an order granting a temporary restraining order ex-parte against Michael B. Forte, all other defendants, and their co-conspirators, aiders and abetters from depriving me of my United States Constitutional Rights.

1. Michael B. Forte and others are motivated to silence my speech to the public and to the courts in both my defenses and prosecutions. My speech contains material information that exposes Rhode Island State Court and Governmental dishonesty, violence and racketeering practiced ongoingly and currently and will continue to be practiced until this court enjoins this practice.

2. Since May 9 2018 I've experienced repetitive and complete denials of my right to file pleadings in court, speak in court, express myself and present my defenses and cases to the courts. I have been threatened with violence, deprivation of my liberty, false imprisonment, pain, injury, assault and battery in retaliation for speaking, writing about my defenses and other thoughts and expressions.

3. I have purchased every transcript available and reviewed many and found that the transcripts were not true, and segments that are of omissions of relevant information that is material to my defense. This includes but not limited to when Judge Lanni spoke on the record that Michael B. Forte had excused Ad Litem Lois Iannone from this matter.

4. In addition on May 30th, 2018 Judge Lanni stated in the courtroom the legal reason she was terminating my parental rights was due to me having a valid and legal Rhode Island Medical Marijuana license. This is not reflected in the transcript.

5. Furthermore on May 30th 2018 my own attorney Tanya Gravel made judicial agreements without my knowledge and consent and against both my best interest and the best interest of justice.

6. Since the time that I learned attorney Gravel had misrepresented me and agreed to orders issued against me, I have attempted to reverse the order in the courts. Upon request and demand attorney Gravel refused to withdraw the agreements. Shortly after obtaining the ultimate agreement, Michael Forte was seeking (child support) and to an agreement of non-custody of K.P.

## RELIEF

Based on the previous statements and findings of fact contained above and with the supporting affidavit I hereby respectfully request the court halt all hearings until discovery of this Federal case is completed. I, Steven J. Palange, fear for my life and personal safety at the hands of the illegal policies and practices of both Michael B. Forte, his co-conspirators and their accomplices and seek "emergency ex-parte restraining order protection pursuant to Rule 65(b).

Exhibits: Letter to Sheriff's Chief dated 2-13-19; Letter to Sheriff's Chief dated 8-9-19; Motion for Ex-Parte Emergency Motion Temporary Restraining Order Pursuant to Rule 65 (b); Affidavit of Steven J. Palange in Support of Rule 65 (b) Motion.


Respectfully submitted,

*/s/ Steven J. Palange*

Steven J. Palange

By himself Pro Se,

_____

10 Grandeville Ct., #934

Wakefield, RI 02879

(401) 225-0700

steven_palange@tlic.com


PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE.

## CERTIFICATION OF SERVICE

I hereby certify that on the 6th day of August, 2019 I emailed a copy of this document to Attorney Sean Lyness and Justin J. Sullivan at SLyness@riag.ri.gov, jjsullivan@riag.ri.gov and Tamara Rocha at trocha@courts.ri.gov

_____  8-12-19
Steven J. Palange, Pro Se