## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN PALANGE, : | |
| *Pro Se Plaintiff*, : | |
| : | |
| VS. : | C.A. NO. 1:19-cv-00340-JJM-PAS |
| : | |
| MICHAEL B. FORTE in his official capacity : | |
| Only as Chief Judge of the Rhode Island Family : | |
| Court, et al. : | |
| *Defendants.* : | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Now comes Defendant, Michael B. Forte in his official capacity only as Chief Judge of the Rhode Island Family Court ("Defendant"), and hereby moves for an extension of time up to and including August 30, 2019 to respond to Plaintiff's Amended Complaint. *See* August 1, 2019 Text Order. As grounds therefore, counsel for Defendant have significant professional obligations in other matters and require additional time to review the allegations. Further, given that other State defendants have been added to the case and their responses are due on August 30, 2019 – see ECF 25 – an extension would afford the opportunity to file a single responsive pleading on behalf of all State defendants.

WHEREFORE, Defendant respectfully requests that his Motion for Extension of Time be granted and that Defendant has up to and including August 30, 2019 to respond to Plaintiff's Amended Complaint.

Respectfully submitted,

DEFENDANT,

By,

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Sean Lyness*
Sean Lyness, Esq. Bar No. 9481
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Extension 2481
Fax: (401) 222-3016
slyness@riag.ri.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via U.S. First Class mail to the following on this 14th day of August, 2019:

Steven Palange
10 Grandeville Court
Apartment #934
Wakefield, Rhode Island 02879

*/s/ Dylan Gaddes*