# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Steven J. Palange**

2019 SEP 20 P 1: 22

Plaintiff

v.

Case No. **1:19-cv-00340-JJM**

**Michael Forte, et all...**

Defendant

## NOTICE OF APPEAL

Notice is hereby given that **Steven J. Palange**, Name

the **Plaintiff** in the above-referenced matter, hereby appeals to the
Party type

United States Court of Appeals for the First Circuit from the _____
Final judgment or description of order

**Denial of Hearing Injunction** entered in this action on **08/22/2019**.
Date of entry

Respectfully submitted,

**Steven J. Palange**

**Steven J. Palange**

Name

Signature

**Pro Se**

**09/20/2019**

Bar Number

Date

**NA**

**401-225-6456**

Firm/Agency

Telephone Number

**10 Grandeville Ct. #934**

**401-295-2242**

Address

Fax Number

**Wakefield, RI 02879**

**steven_palange@tlic.com**

City, State, Zip Code

E-mail Address