```
Court Name: U.S. District Court for RI
Division: 1
Receipt Number: 14670022759
Cashier ID: cpotter
Transaction Date: 09/20/2019
Payer Name: Steven Palange
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Steven Palange
 Case/Party: D-RIX-1-19-CV-000340-001
 Amount:         $505.00
------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $505.00
------------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00
```