UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**FILED**

2019 OCT 28  A 11: 08

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEVEN PALANGE

C.A. NO. 1:19-cv-00340-JJM-PAS

*PRO SE PLAINTIFFS*

v.

Margarita E. Palange, Richard Updegrove,
Sandra Lanni, Tanya Gravel, Lois Iannone,
Michael B. Forte, Ronald Pagliarini,
Peter F. Neronha, Jean Maggiacomo,
Courtney E. Hawkins
- all as private citizens.
  *DEFENDANTS*

## MOTION TO STAY U.S. DISTRICT COURT PROCEEDINGS
## PENDING 1ST CIRCUIT COURT APPEAL

I Steven Palange, Plaintiff in the above captioned matter do hereby and respectfully requests this honorable court to Stay all proceedings while this case is under appellate review by the equally honorable 1st Circuit Court of the United States of America.

Respectfully submitted,

Steven J. Palange

By himself Pro Se,


10 Grandeville Ct., #934
Wakefield, RI 02879
P/C (401) 225-0650 F: 401-295-2242
E: steven_palange@tlic.com


## PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE.


## **CERTIFICATION OF SERVICE**

I hereby certify that on the 25th day of October, 2019 I emailed a copy of this document to Attorney Sean Lyness and Justin J. Sullivan at SLyness@riag.ri.gov, jjsullivan@riag.ri.gov and to Tamara Rocha at trocha@courts.ri.gov

Steven J. Palange, Pro Se