Steven Palange
10 Giambelli Ct.
Wakefield, RI 02879

Case: 1:19-cv-00340 0290301744 0005

Federal Building Courthouse
One Exchange Terrace
Providence, RI 02903

BOSTON MA 021
24 OCT 2019 PM 5 L

FOREVER / USA