# EXHIBIT B

**Supreme Court**

No. 2019-125-A.

|  |  |  |
|---|---|---|
| Margarita Palange | : | |
| v. | : | |
| Steven Palange | : | |

# ORDER

The motion to dismiss, as prayed, is granted.

The motion to remand, as prayed, is denied as moot.

The motion for articulation, as prayed, is denied.

This matter shall be closed.

Entered as an Order of this Court this 7ᵗʰ day of **June 2019.**

By Order,

Jean Maggiacomo
Clerk

**Supreme Court**

No. 2019-125-A.

Margarita Palange          :

v.                         :

Steven Palange             :

## O R D E R

The appellant's motion to vacate the remand order is denied, as this matter was dismissed and closed by an order of this Court dated June 7, 2019.

The appellant's motion for articulation is denied, as this matter was dismissed and closed by an order of this Court dated June 7, 2019.

Entered as an Order of this Court this 20 day of *June 2019.*

By Order,

Clerk