IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN J. PALANGE
PLAINTIFF

V.                                    C.A No 1:19-cv-00340-JJM-PAS

MICHAEL B. FORTE, et al
Defendants

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ALL DEFENDANT'S MOTIONS TO DISMISS THIS COMPLAINT FOR DECLARATORY JUDGMENT.

The plaintiff in the above-captioned matter respectfully moves the Court for an extension of time till October 31, 2020, to respond and object, oppose all of the defendant's motions to dismiss this civil action praying for declaratory judgment in a matter that has public importance.

Defendant Forte has requested this Court review and take judicial notice of a number of court cases this plaintiff is involved with. The files are voluminous and will take much time for me to review. Furthermore, I oppose that this Court accepts those cases and files and reject them as for what they are. They are

nullities and frauds. They are counterfeit judgments, decisions, and a complete breakdown of judicial and legal services in the State of Rhode Island. Witnesses, judges, clerks, court reporters, transcripts, agreement, orders have been tampered with in these cases defendant Forte is now attempting to use to defraud this Court into believing that he is not abusing his power, governmental money, and human rights. They cannot be believed to be actual products of actual legal courts. They are impersonating to be the court, however, they are corrupt and cruel racketeers and will continue to be so until justice puts an end to it.

Therefore, in the best interest of justice and fairness, I ask until October 31, 2020, to respond with specifics and particulars as to why this case should not be dismissed.

Respectfully submitted,

Steven J. Palange
By himself Pro Se,

10 Grandeville Ct., #934
Wakefield, RI 02879
P/C (401) 225-0650 F: 401-295-2242
E: steven_palange@tlic.com

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES
SO TRIABLE.

## CERTIFICATION OF SERVICE

I hereby certify that on the 20th day of September 2020 I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

/s/Steven J. Palange

Stephen M. Prignano, Esq.
MCINTRYE TATE LLP
50 Park Row West Suite 109
Providence, RI 02903

Mark T. Nugent., Esq.
MORRISON MANONEY LLP
10 Webosset St, Ste 900
mnugent@morrisonmahany.com

Adam J. Sholes, Esq.
R.I. Department of Public Safety
311 Danielson Pile
Scituate, RI 02857

Tamera N. Rocha, Esq.
Rhode Island Supreme Court
250 Benefit St.
Providence, RI 02920

Matthew Thomas Oliverio, Esq.
OLIVERIO & MERCAACCIO LLP
55 Dorrance St., Ste. 400
Providence, RI 02903
mto@om-rilaw.com
John H. Ruginski, Jr. Esq.
127 Dorrance Street, 5th Floor
Providence, RI 02903
ESQ129@hotmail.com

Ian P. Anderson
Rhode Island Department of
Corrections
Office of Legal Cousel
40 Howare Ave.
Cranston, RI 02920
ian.anderson@doc.ri.gov