UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN J. PALANGE             C.A NO.1:19-cv-00340-JJM-PAS

PLAINTIFF

v.

Michael Forte, Margarita Palange, Sandra Lanni, Richard E. Updegrove Jr., Tanya Gravel, Lois Iannone, Ronald Pagliarini, Peter Neronha, Jean Maggiacomo, Courtney E. Hawkins, Tyler Technologies(TT), TT President and CEO Lynn Moore, TT President Courts and Justice Division Rusty Smith, Associate Director of Child Support Services Sharon Santilli, Deputy Director, External Affairs Yvette Mendez, Paul Suttel Chief Justice Rhode Island Supreme Court, Carol Malaga Family Court Stenographer.
DEFENDANTS

### MOTION TO AMENDED COMPLAINT

The Plaintiff respectfully requests permission to amend his complaint to add additional claims, necessary joinder of parties, supporting evidence, supporting facts. This is a case of ongoing and continual unlawful governmental conduct and suffering pains, losses, and time with family and parenting. The new amendment seeks to simplify the complaint further and eliminates the claim for injunctive relief. This complaint seeks only declaratory judgment.

Respectfully submitted,

*[signature]*

Steven J. Palange
By himself Pro Se,

10 Grandeville Ct., #934
Wakefield, RI 02879
P/C (401) 225-0650 F: 401-295-2242
E: steven_palange@tlic.com

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE.

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of December 2020 I emailed a copy of this document to Justin J. Sullivan jjsullivan@riag.ri.gov and to all attorney names appearing on the docket sheet.

*[signature]*

Steven J. Palange, Pro Se