UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN J. PALANGE         C.A NO.1:19-cv-00340-JJM-PAS

PLAINTIFF

v.

Michael Forte, Margarita Palange, Sandra Lanni, Richard E. Updegrove Jr., Tanya Gravel, Lois Iannone, Ronald Pagliarini, Peter Neronha, Jean Maggiacomo, Courtney E. Hawkins, Tyler Technologies(TT), TT President and CEO Lynn Moore, TT President Courts and Justice Division Rusty Smith, Associate Director of Child Support Services Sharon Santilli, Deputy Director, External Affairs Yvette Mendez, Paul Suttel Chief Justice Rhode Island Supreme Court, Carol Malaga Family Court Stenographer.
DEFENDANTS.

## MOTION DECLARATORY JUDGEMENT AS A MATTER OF LAW

## AGAINST DEFENDANT MICHAEL B. FORTE

I, Steven J. Palange hereby motion the Court to Issue a final declaratory judgment against Michael B. Forte declaring and finding that:

1. He participated in a scheme and conspiracy with, among other individuals, Margarita Palange, Richard Updegrove, Lois Iannone, Ronald Pagliarini, Tanya Gravel, Judge Sandra Lanni and caused an Order of

1

child-parent visitation, outside of the court and record, to be vacated without judicial authority and:

2. Unlawfully utilized his supervisory powers to influence the Rhode Island Family Court to terminate child-parent rights, relationship, and custody of and between K.P and myself to:

3. Punish me and retaliate against me for criticizing the methods, corruption, and dishonesty practiced in Rhode Island Family Court:

I have ample evidence in possession and presently before the Court in the form of emails and letters clearly indicating that Michael Forte caused and continues to cause and influence the decisions of the Family Court without jurisdiction. Transcripts of the proceedings show clear and convincing proof, including, but not limited to, the Family Court Transcript of October 31, 2018.

Rhode Island laws, agreements, customs, practices, policies, rules, written and unwritten, spoken and implied authorize encourage, cause, conceal and condone the Chief Judge of the Family Court to exercise off record-out of court- non-judicial, unlawful command influence over any Rhode Island Family Court case. Including and most especially family cases with children, child financial support, ex-parte family restraining and eviction orders, and families receiving

governmental assistance under Title 4D of the Social Security Act, or parents that apply for child support services that pay a $25 fee.

Defendant Michael B. Forte is the Chief Judge of the Rhode Island Family Court and is fully engaged in the unlawful practices and conduct articulated and described in this Motion for a Judgment as a matter of law. As of this writing, it has been 971 days since I have had contact with my daughter. The conduct and policies of Michael Forte and the State of Rhode Island are in direct opposition to the laws and Constitution of the United States, have injured my daughter and me, repeat without review, and are injurious to the people of the United States. *An expedited evidentiary hearing is respectfully demanded. Testimony is required.*

Respectfully submitted,

Steven J. Palange
By himself Pro Se,

10 Grandeville Ct., #934
Wakefield, RI 02879
P/C (401) 225-0650 F: 401-295-2242
E: steven_palange@tlic.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of January 2021 I emailed a copy of this document to Justin J. Sullivan jjsullivan@riag.ri.gov and to all other lawyers via Rhode Island Federal District Court ECF.

*[signature]*

Steven J. Palange, Pro Se