UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN J. PALANGE                    C.A NO.1:19-cv-00340-JJM-PAS

PLAINTIFF

v.

Michael Forte, Margarita Palange, Sandra Lanni, Richard E. Updegrove Jr., Tanya Gravel, Lois Iannone, Ronald Pagliarini, Peter Neronha, Jean Maggiacomo, Courtney E. Hawkins, Tyler Technologies(TT), TT President and CEO Lynn Moore, TT President Courts and Justice Division Rusty Smith, Associate Director of Child Support Services Sharon Santilli, Deputy Director, External Affairs Yvette Mendez, Paul Suttel Chief Justice Rhode Island Supreme Court, Carol Malaga Family Court Stenographer.
DEFENDANTS

**Notification of Fraud Upon this Honorable Court**

I, Steven Palange, the plaintiff in the above-captioned matter notifies this honorable court that an additional fraud upon this court has been initiated by a majority if not all of the defendant's attorneys. I reason as follow:

All defendants claim that my Rhode Island Family Court matters have been fully litigated in the Family Court and the Rhode Island Supreme

Court. The defendants have omitted that their agents and people working on their behalf have corruptly influenced the proceedings of the RI Family Court and that of the RI Supreme Court. This notification specifically addresses the fact that at least two of the appeals to the RI Supreme Court, filed by me, were criminally obstructed and delayed from being docketed in the RI Supreme Court by the defendants. The Rhode Island Family Court was influenced by Michael B. Forte and other individuals and defendants related to this matter to delay and obstruct the docketing of an appeal I filed on January 16, 2019, until April 08, 2019. Eighty-two days. Another appeal I filed on 04/25/2019 was delayed and obstructed from docketing for 132 days until 09/04/2019. Both of these obstructions and delays indicate that I do not have access to an honest Rhode Island Court. This Court should also take judicial notice that the Final Judgment of Divorce of the Rhode Island Family Court has never been appealed, vacated, reopened, modified, and is the only judgment in Rhode Island Family Court that this court should recognize as legitimate, final, and subject to the protection of res-judicata.

Respectfully submitted,

Steven J. Palange

By himself Pro Se,

*/s/ Steven J. Palange*

10 Grandeville Ct., #934
Wakefield, RI 02879
P/C (401) 225-0650 F: 401-295-2242
E: steven_palange@tlic.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 15th day of January 2021 I emailed a copy of this document to Justin J. Sullivan jjsullivan@riag.ri.gov and to Sean H. Lyness slyness@riag.ri.gov, Stephen M. Prignano, SPrignano@McIntyreTate.com, Matthew Thomas Oliverio mto@om-rilaw.com, John H. Ruginski, Jr. ESQ129@hotmail.com, Erin B. McKenna emckenna@morrisonmahoney.com, Mark T. Nugent mnugent@morrisonmahoney.com, Adam J. Sholes adam.sholes@risp.gov, Ian P. Anderson ian.anderson@doc.ri.gov, Tamera N. Rocha trocha@courts.ri.gov via email directly and Rhode Island Federal District Court ECF.

*/s/ Steven J. Palange*

Steven J. Palange, Pro Se