## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Steven J. Palange** ) | |
| V. ) | **C.A. No. 19-340-JJM** |
| ) | |
| **Michael B. Forte, Margarita Palange, Sandra Lanni, Richard Updegrove, Tonya Gravel, Lois Iannone, Ronald Pagliarini, Peter Neronha, Jean Maggiacomo, Courtney E. Hawkins,** ) ) ) ) ) | |

## JUDGMENT

[ ]  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]  Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants pursuant Order of Chief Judge John J. McConnell, Jr. dated May 20, 2021 GRANTING Defendants' Motions to Dismiss.**

        **Enter:**

        **/s/ Barbara Barletta**
        **Deputy Clerk**

**DATED:   May 20, 2021**