# United States Court of Appeals
## For the First Circuit

No. 21-1481

STEVEN J. PALANGE,

Plaintiff - Appellant,

v.

MICHAEL B. FORTE; JUDGE SANDRA LANNI; RICHARD UPDEGROVE; TANYA GRAVEL; LOIS IANNONE; RONALD PAGLIARINI; PETER F. NERONHA; JEAN MAGGIACOMO; CELIA J. BLUE,

Defendants - Appellees.

### MANDATE

Entered: June 9, 2022

In accordance with the judgment of April 7, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ian Paul Anderson
Mark T. Nugent
Matthew Thomas Oliverio
Steven J. Palange
Stephen M. Prignano
John H. Ruginski Jr.
Adam J. Sholes
Justin James Sullivan